UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-21418-CIV-MORENO

MARYANN ALBERTELLI and ROBERT ALBERTELLI,

    Plaintiffs,

vs.

NCL CORPORATION, LTD., NCL (BAHAMAS) LTD. d/b/a NCL, NCL AMERICA, and NORWEGIAN SPIRIT, LTD.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO DISMISS COUNT II

THIS CAUSE came before the Court upon Defendants NCL (Bahamas) Ltd. and NCL America, Inc.'s Motion to Dismiss Count II of Plaintiffs' Amended Complaint **(D.E. No. 6)**, filed on **July 9, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED** and Count II of the Complaint is therefore **DISMISSED**.

A claim for loss of consortium is not permitted under general maritime law, and therefore must be dismissed. See In re Amtrak "Sunset Limited" Train Crash, 121 F.3d 1421, 1429 (11th Cir. 1997); Miles v. Apex Marine, 498 U.S. 19, 33 (1990). Furthermore, Plaintiff Robert Albertelli's claim of "other losses and damages" in the Complaint is insufficient to defeat a Rule 12(b)(6)

dismissal for failure to state a claim upon which relief can be granted. It is also

**ORDERED** that Plaintiff ROBERT ALBERTELLI shall be terminated as a party in this suit.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record